UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                         :

CODING TECHNOLOGIES, LLC,
                                         :

              Plaintiff,
    -against-                          :         ORDER

                                         :         17 Civ. 7785 (GBD)
METROPOLITAN LIFE INSURANCE
COMPANY,
                                         :

                                         :
              Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 13, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge