Coleman W. Watson, Esq.
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
coleman@watsonllp.com
docketing@watsonllp.com

WATSON LLP
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff*,
CODING TECHNOLOGIES, LLC

Hilary L. Preston *(HP7019)*
   hpreston@velaw.com
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY  10103-0040
Telephone: (212) 237-0129
Facsimile:  (917) 849-5342

Fred I. Williams (*pro hac vice*)
   fwilliams@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512) 542-8430
Facsimile: (512) 236-3252

Todd E. Landis (*pro hac vice*)
   tlandis@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

*Attorneys for Defendant* METROPOLITAN LIFE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CODING TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY<br><br>            Defendant. | C.A. No. 1:17-cv-07785 (GBD) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Coding Technologies, LLC and Defendant Metropolitan Life Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1), hereby give notice of and stipulate to the dismissal of all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 25, 2018                                                              Respectfully submitted,

/s/Coleman W. Watson                                      /s/ Hilary L. Preston
Coleman W. Watson, Esq.                                   Hilary L. Preston *(HP7019)*
Florida Bar. No. 0087288                                     hpreston@velaw.com
California Bar No. 266015                                  VINSON & ELKINS LLP
Georgia Bar No. 317133                                     666 Fifth Avenue, 26th Floor
New York Bar No. 4850004                                   New York, New York 10103
coleman@watsonllp.com                                      Telephone: (212) 237-0000
docketing@watsonllp.com                                    Facsimile: (212) 237-0100

WATSON LLP                                                 Fred I. Williams (*pro hac vice*)
189 S. Orange Avenue                                          fwilliams@velaw.com
Suite 810                                                  VINSON & ELKINS LLP
Orlando, FL 32801                                          2801 Via Fortuna, Suite 100
Tel: (407) 377-6634                                        Austin, Texas 78746
Fax: (407) 377-6688                                        Telephone: (512) 542-8430
                                                           Facsimile: (512) 236-3252

*Attorneys for Plaintiff*,                                 Todd E. Landis (*pro hac vice*)
CODING TECHNOLOGIES, LLC                                      tlandis@velaw.com
                                                           VINSON & ELKINS LLP
                                                           2001 Ross Avenue, Suite 3700
                                                           Dallas, Texas 75201
                                                           Telephone: (214) 220-7700
                                                           Facsimile: (214) 220-7716

                                                           *Attorneys for Defendant* METROPOLITAN
                                                           LIFE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of May 2018, I served a true and correct copy of the foregoing document on all counsel of record via filing the same with the Court's CM/ECF system.

By: */s/ Hilary L. Preston*
Hilary L. Preston *(HP7019)*